## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| HJ DYNAMIC HOLDINGS, LLC, *et al.*,[1] | ) Case No. 22-10837 (JKS) |
| | ) |
| Debtors. | ) Jointly Administered |

## NOTICE OF EFFECTIVE DATE

**PLEASE TAKE NOTICE** that an order (the "**Confirmation Order**") of the Honorable J. Kate Stickles, United States Bankruptcy Judge for the District of Delaware, confirming and approving the *Debtors' Subchapter V Plan of Reorganization* [Docket No. 199] (including all exhibits thereto and as the same may be amended, modified, or supplemented from time to time, the "**Plan**")[2] was entered on January 12, 2023 [Docket No. 243].

**PLEASE TAKE FURTHER NOTICE** that, all conditions precedent to effectiveness pursuant to Article XII of the Plan have been satisfied or waived. Therefore, January 27, 2023, is the Effective Date of the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Plan and its provisions, including the releases, exculpation, and injunction provisions, are binding on, among others, the Debtors, all Holders of Claims and Equity Interests (irrespective of whether such Claims or Equity Interests are Impaired under the Plan or whether the Holders of such Claims have voted to accept or reject the Plan), each person or entity acquiring property under the Plan, and any and all non-Debtor parties to Executory Contracts and Unexpired Leases with the Debtors, as provided in the Plan.

**PLEASE TAKE FURTHER NOTICE** all Professional final fee applications (the "**Final Fee Applications**") must be filed no later than **March 13, 2023** (i.e., on the first business day that is forty-five (45) days after service of this notice of the Effective Date). The procedures for processing Final Fee Applications are set forth in the Plan. If a Professional does not timely submit a Final Fee Application, such Professional shall be forever barred from seeking payment of such Professional Fee Claim from the Debtors or their Estates.

---

[1] The Debtors in the above-captioned chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are HJ Dynamic Holdings, LLC (4125), TS Dynamic Holdings, LLC (6365), Dynamic Restaurant Acquisition, Inc. d/b/a Happy Joe's Pizza (8894), TS Dynamic Acquisition, Inc. (9439). The Debtors' mailing address is 5239 Grand Avenue, Davenport, Iowa 52807.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Plan.

1

41084901.2

**PLEASE TAKE FURTHER NOTICE** that, except with respect Professional Fee Claims, Claims that arise in the ordinary course of business, or as otherwise set forth in the Plan, requests for payment of Administrative Expense Claims against the Debtors that arose on or after the Petition Date through and including the Effective Date (the "**Administrative Claims Period**") must be filed with the Bankruptcy Court and served on the Debtors no later than **February 27, 2023** (i.e., on the first business day that is thirty (30) days after service of this notice of Effective Date) (the "**Administrative Expense Claims Bar Date**"). Holders of Administrative Expense Claims that arose, accrued or otherwise became due during the Administrative Claims Period who do not file requests for the allowance and payment thereof on or before the Administrative Expense Bar Date shall forever be barred from asserting such Administrative Expense Claims against the Debtors or their Estates.

**PLEASE TAKE FURTHER NOTICE** that as set forth in Article VIII of the Plan, all Executory Contracts and Unexpired Leases that have not been rejected prior to the Confirmation Date are deemed assumed, effective as of the Effective Date. Under the Plan, the deadline to file a proof of Claim relating to a Claim arising from rejection under the Plan was the later of (i) the General Bar Date, or (b) twenty-one (21) days after the date of service of an order authorizing the rejection of such Executory Contract or Unexpired Lease on the affected counterparty to the Executory Contract or Unexpired Lease. Holders of Rejection Claims that did not timely file such Claims on or before the Rejection Claims Bar Date shall be forever barred from asserting such claims against the Debtors or their Estates.

**PLEASE TAKE FURTHER NOTICE** that after the Effective Date, to continue to receive notice pursuant to Bankruptcy Rule 2002, all Creditors and other parties in interest must file a renewed notice of appearance with the Bankruptcy Court requesting receipt of documents pursuant to Bankruptcy Rule 2002.

**PLEASE TAKE FURTHER NOTICE** that copies of the Confirmation Order and Plan and can be obtained by contacting the Balloting Agent at (888) 626-8512 (toll free) or (747) 263-0663, or by email: HappyJoesInquiries@OmniAgnt.com. Documents can also be viewed, free of charge, on the Case Website at https://omniagentsolutions.com/HappyJoes.

Dated: January 27, 2023                           **SAUL EWING LLP**

                                       By:    */s/ Mark Minuti*
                                              Mark Minuti (DE Bar No. 2659)
                                              Monique B. DiSabatino (DE Bar No. 6027)
                                              1201 N. Market Street, Suite 2300
                                              P.O. Box 1266
                                              Wilmington, DE 19899
                                              Telephone: (302) 421-6800
                                              Fax: (302) 421-6813
                                              mark.minuti@saul.com
                                              monique.disabatino@saul.com

                                              *Counsel for Debtors and Debtors in Possession*